## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GINGER KATZENMOYER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ALLSTATE INSURANCE COMPANY** | : | **No. 11-3427** |

## ORDER

AND NOW, this 30th day of August, upon consideration of the Allstate motion for summary judgment (paper no. 36), the Katzenmoyer motion for summary judgment (paper nos. 40 and 41), the Allstate motion in limine (paper no. 38), the Katzenmoyer motion for leave to file a post-argument brief (paper no. 52), and the responses thereto, for the reasons in the attached memorandum, it is ORDERED that:

1.  The Katzenmoyer motion for leave to file a post-argument brief (paper no. 52) is **GRANTED**.

2.  The Allstate motion for summary judgment (paper no. 36) is **GRANTED**.

3.  The Katzenmoyer motion for summary judgment (paper nos. 40 and 41) is **DENIED.**

4.  The Allstate motion in limine (paper no. 38) is **DENIED AS MOOT**.

/s/ Norma L. Shapiro
_____
J.